**FILED**

AO 91 (Rev. 08/09) Criminal Complaint

~~NOV 0 6 2020~~

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-MJ-416-FHM |
| CLAYTON JACOB WALDON | ) | |
| *Defendant(s)* | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 9, 2019 through November 6, 2020  in the county of  Tulsa  in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt/Distribution of Child Pornography |
| 18 USC 2252A(b)(1) | |
| 18 USC 2252A(a)(5) | Possession of Child Pornography |
| 18 USC 2252A(b)(2) | |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Noland HSI Task Force Officer
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ by phone  FHM

Date: 11-6-20

_____
Judge's signature

City and state: Tulsa, OK

Frank H. McCarthy, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeremy Noland, a Lieutenant with the Tulsa Police Department and a Task Force Officer (TFO) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I, Jeremy Noland, am currently employed by the Tulsa Police Department (TPD) where I have worked for 14 years. Since 2016, I have been assigned as the Lieutenant of the Tulsa Police Cyber Crimes Unit (TPCCU). I am a Task Force Officer (TFO) for Homeland Security Investigations (HSI). I have worked or assisted with nearly 100 online child exploitation cases. I have received extensive training in the area of child exploitation investigations. Moreover, your Affiant is a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252(A).

2.      This affidavit sets forth facts, and suggests reasonable inferences from those facts, establishing probable cause to believe that violations of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) (receipt and distribution of child pornography) and 18 U.S.C. §§ 2252A(a)(5) and 2252A(b)(2) (possession of child pornography) were committed by **CLAYTON JACOB WALDON** from on or about October 9, 2019, to on or about November 6, 2020.

3.      The statements in this affidavit are based in part on my personal knowledge and in part on information provided by other law enforcement officers. Your Affiant has set forth only the facts that your Affiant believes are necessary to establish probable cause

to believe that violations of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) (receipt and distribution of child pornography) and 18 U.S.C. §§ 2252A(a)(5) and 2252A(b)(2) (possession of child pornography) were committed by **CLAYTON JACOB WALDON** from on or about October 9, 2019, to on or about November 6, 2020.

### BACKGROUND ON FILE SHARING PROGRAMS, INTERNET, AND IP ADDRESSES

4.  I have had both training and experience in the investigation of internet-related crimes against children. Based on my training, experience, and knowledge, I know the following:

    a.  File sharing programs are programs designed to allow users to distribute and or receive digital files over a network. These programs can be used on mobile devices and computers.

    b.  An IP address is a string of numbers separated by periods that identifies each computer using the Internet Protocol to communicate over a network.

    c.  The internet affords individuals several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion.

### BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

5.	The TPCCU, using a computer located in Tulsa, Oklahoma, conducted an online session involving IP address 172.9.98.97. The TPCCU used a peer-to-peer client that uses the BitTorrent network.

Between Wednesday, October 9, 2019, at 10:42 p.m. and Thursday, October 10, 2019, at 2:28 a.m., a download was successfully completed of 107 files that the device at IP address 172.9.98.97 made available. This device at IP address 172.9.98.97 was the sole candidate for each download, and as such, each file was downloaded directly from this IP address.

Your Affiant has reviewed the files obtained and believes, based on his training and experience, that multiple files obtained from IP address 172.9.98.97 are child pornography as defined in Title 18, United States Code, Section 2256. The file name and a description of one of the image files downloaded from IP address 172.9.98.97 is as follows:

File name: las-012-072.jpg

MD5 hash value:  7K6UR5AFMIYFFKVUI2JPTM2FVA252OCR

Description:  This is an image that depicts a prepubescent child that is wearing a see through top that exposes her stomach. The child is standing and holding a pink net and nude from the waist down exposing her genital area. This file would constitute child pornography under federal law.

3

A query for available records located online by an organization known as the American Registry of Internet Numbers ("ARIN"), determined that IP address 172.9.98.97 was assigned to the internet service provider (ISP) AT&T, at that time. On December 3, 2019, AT&T responded to a subpoena and provided account information for IP address 172.9.98.97, as assigned from October 9, 2019, at 10:50 p.m. (UTC), until October 10, 2019, 1:50 a.m. (UTC). The account information provided by Comcast Communications is as follows:

    Subscriber Name: Clayton J. Waldon

    Address 1: 733 West 25th St. Apt A Bldg 17 Apt A, Tulsa, OK 74107

    Address 2: 733 West 25th St S, Tulsa, OK 74107

    Telephone #: 918-932-4692

    Work #: 918-819-2009

    Type of Service: High Speed Internet Service

    Account ID: 293883458

    Email: th3arch3el@gmail.com

    Phone: 918-812-2009

The TPCCU, using a computer located in Tulsa, Oklahoma, conducted an online session involving IP address 68.0.113.13. The TPCCU used a peer-to-peer client that uses the BitTorrent network.

On Saturday, July 25, 2020, between 5:10 p.m. and 9:57 p.m., a download was successfully completed of nine files that the device at IP address 68.0.113.13 made available. This device at IP address 68.0.113.13 was the sole candidate for each download, and as such, each file was downloaded directly from this IP address.

Your Affiant has reviewed the files obtained and believes, based on his training and experience, that multiple files obtained from IP address 68.0.113.13 are child pornography as defined in Title 18, United States Code, Section 2256. The file name and a description of one of the image files downloaded from IP address 68.0.113.13 is as follows:

> File name:  Youngvideomodels - D05n - Daphne 9yo (nude)_index.jpg
>
> MD5 hash value:  PKVAGD6RBWIRJHHHTYAUK22253KZ7XH3

Description:     This is an image file that shows 20 different clips that depict a prepubescent female child that is completely nude. The 20 different clips depict the naked prepubescent female child (aged approximately 8-11 years) inserting a sex toy into her exposed vagina, an adult male having sexual intercourse with the naked prepubescent female child, and the prepubescent child performing oral sex on the adult male's penis. This file constitutes child pornography under federal law.

A query for available records online by an organization known as the American Registry of Internet Numbers ("ARIN"), determined that IP address 68.0.113.13 was assigned to ISP Cox Communications. On August 25, 2020, Cox Communications

responded to a subpoena and provided account information for IP address 68.0.113.13, as assigned from June 28, 2020, at 4:03 (GMT-05:00), until August 26, 2020, 7:41:16 (GMT-06:00). The account information provided by Cox Communications is as follows:

> Subscriber Name: Clayton Waldon
>
> Service Address: 733 West 25th Street Apartment # A, Tulsa, OK 74107
>
> Telephone #: 918-932-4692
>
> Work #: 918-819-2009
>
> Type of Service: High Speed Internet Service
>
> Account ID: 186003800516

On November 6, 2020, the TPCCU, Oklahoma State Bureau of Investigations and HSI, executed a Federal Northern District of Oklahoma Search Warrant at 733 West 25th Street # A, Tulsa, Oklahoma, which is located in the Northern District of Oklahoma. **CLAYTON JACOB WALDON** lives at the residence and was present at the time of the search warrant. WALDON was interviewed by your Affiant after advising him of his Miranda Rights and WALDON agreed to waive those rights and speak with agents. WALDON admitted to the following:

- WALDON lives at the residence at 733 West 25th Street # A, Tulsa, Oklahoma.

- WALDON has his own room in the residence and has lived there about one year.

- WALDON's laptop was the one located on his bed in his bedroom.

- WALDON has a LG Stylo 5 cell phone.

6

- WALDON had a ZTE phone prior to the Stylo phone.

- WALDON has seen child pornography on the laptop.

- WALDON knows that child pornography is in the downloaded folder.

- WALDON uses peer to peer file sharing platforms.

- WALDON knows that peer to peer file sharing platforms distribute files from his computer to everywhere.

- WALDON admitted the laptop has thousands of images and videos of child pornography.

- WALDON admitted the images on the laptop are as young as possibly newborn.

- WALDON admitted that he has seen the Vicky series, which is a known child exploitation series.

- WALDON explained that he looks for child pornography because he is looking for his ex-girlfriend's images/videos.

- WALDON admitted that the Lolita Series, another known child exploitation series, is still on his laptop.

- WALDON admitted that he has seen "pthc" (preteen hard core) pornography and it will pop up when we look at his search terms.

- WALDON stated that he does not delete the child pornography.

- WALDON admitted that he has child pornography downloading right now.

- WALDON admitted that he searches for search terms including "jailbait," "Lolita," and "young."

A search of WALDON'S bedroom revealed several electronic devices. During the search, a laptop was located on WALDON's bed in WALDON's bedroom. Computer Forensic Analyst (CFA) Anthony Meter removed the hard drive from this laptop and previewed the data. CFA Meter located numerous videos and images in the downloads folder depicting prepubescent children engaged in sexual intercourse with adults.

## CONCLUSION

6.  Based upon the above-described facts and circumstances, there is probable cause to believe that **CLAYTON JACOB WALDON** knowingly used the internet to receive and distribute child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) and knowingly possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(5) and 2252A(b)(2).

_____
Jeremy Noland, Lieutenant Tulsa Police
Task Force Officer Homeland Security Investigations

by PHONE FHM
Sworn ~~and subscribed~~ before me this 6th day of November 2020.

_____
Frank H. McCarthy
United States Magistrate Judge

8